UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
MCSQUARED PR, INC., a New York : 
corporation, :
 :
        Plaintiff, :
 : Case No. 15-cv-00961-RRM-CLP
– against – :
 : **NOTICE OF VOLUNTARY**
 : **DISMISSAL PURSUANT TO**
SHARON STONE, an individual, and : **FED. R. CIV. P. 41(a)(1)(A)(i)**
AMERICAN PROGRAM BUREAU, INC., :
a Massachusetts corporation, :
 :
        Defendants. :
---------------------------------------------------------x

      Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), plaintiff MCSquared PR, Inc. and/or its counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendants Sharon Stone and American Program Bureau, Inc.

Dated: June 9, 2015
      Miami, Florida

                                  Respectfully submitted,

                                  LAW OFFICES OF RODRIGO S. DA SILVA, P.A.
                                  1001 Brickell Bay Drive, 9th Floor
                                  Miami, Florida 33131
                                  E-mail: rodrigo@rdasilvalaw.com
                                  Telephone:    (305) 615-1434
                                  Facsimile:    (305) 615-1435

                                  By: */s/ Rodrigo S. Da Silva*
                                      Rodrigo S. Da Silva, Esq.
                                      *Counsel for Plaintiff, MCSquared PR, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) was served on June 9, 2015 upon all counsel of record by filing it on that day by means of the U.S. District Court for the Eastern District of New York's Case Management/Electronic Case Filing (CM/ECF) system.

Dated: Miami, Florida
June 9, 2015